William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
FAX: (775) 785-5441
wpeterson@swlaw.com
jprupas@swlaw.com

Jennifer R. Ecklund *admitted pro hac vice*
Mackenzie S. Wallace *admitted pro hac vice*
John P. Atkins *admitted pro hac vice*
THOMPSON COBURN LLP
*Admitted Pro Hac Vice*
2100 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (972) 629-7100
FAX: (972) 629-7171
jecklund@thompsoncoburn.com
mwallace@thompsoncoburn.com
jatkins@thompsoncoburn.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., HOMETOWN HEALTH PLAN, INC., AND HOMETOWN HEALTH MANAGEMENT COMPANY<br><br>Defendants. | Case No. 3:21-cv-226-MMD-CLB<br><br>**PLAINTIFF'S REQUEST FOR DROPPING DEFENDANT HOMETOWN HEALTH MANAGEMENT COMPANY** |

4839-6177-5860

Plaintiff Prime Healthcare Services – Reno, LLC dba Saint Mary's Regional Medical Center ("Saint Mary's"), by and through its attorneys of record, requests an order from the Court, pursuant to Fed. R. Civ. P. 21, to drop Hometown Health Management Company from the action.

Upon information and belief, and in reliance on Defendants' Motion to Dismiss or, in the Alternative, for a More Definite Statement (ECF No. 34), Hometown Health Management Company is an entity that is not actively or directly involved with the issuance or administration of health insurance plans. Saint Mary's accordingly agrees to drop and dismiss Hometown Health Management Company from the underlying dispute.

The following defendants remain:

(1) Hometown Health Providers Insurance Company, Inc.

(2) Hometown Health Plan, Inc.

Accordingly, Plaintiff requests an Order from the Court dropping Hometown Health Management Company from this action.

Dated: August 2, 2021                                    SNELL & WILMER L.L.P.

By: */s/ Janine C. Prupas*
William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
50 West Liberty Street, Suite 510
Reno, Nevada 89501

*Attorneys for Plaintiff*

4839-6177-5860

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the **PLAINTIFF'S REQUEST FOR DROPPING DEFENDANT HOMETOWN HEALTH MANAGEMENT COMPANY** with the Clerk of the Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 2nd day of August, 2021.

                                                     */s/ D'Andrea Dunn*
                                                  An employee of SNELL & WILMER L.L.P.

4839-6177-5860