UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – RENO, LLC d/b/a SAINT MARY'S REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br>v.<br><br>HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., *et al*.,<br><br>Defendants. | Case No. 3:21-cv-00226-MMD-CLB<br><br>ORDER |

Plaintiff Prime Healthcare Services – Reno, LLC, d/b/a Saint Mary's Regional Medical Center, sued Defendant Hometown Health Management Company ("HHMC"), among other related entities, for failure to pay or underpaying for medical services that Plaintiff provided to Defendant HHMC's insured members. Before the Court is Plaintiff's motion to drop Defendant HHMC from this case under Federal Rule of Civil Procedure 21. (ECF No. 42 ("Motion").)

Though they have not yet filed a response to the Motion, Defendants[1] implicitly agree that Plaintiff's Motion should be granted. Defendants filed a motion to dismiss. (ECF No. 34.) In pertinent part, Defendants assert in their motion to dismiss that Defendant HHMC is not a proper defendant in this case. (*Id*. at 21.)

Considering the parties' apparent agreement, and because the Court finds there is no barrier to dismissing HHMC now, the Court will grant the Motion. *See* Fed. R. Civ. P. 21.

///

---

[1] In addition to HHMC, Hometown Health Providers Insurance Company, Inc., and Hometown Health Plan, Inc. (ECF Nos. 34 at 1, 41 at 2.)

It is therefore ordered that Plaintiff's motion to drop Defendant HHMC from this case (ECF No. 42) is granted.

It is further ordered that Defendant Hometown Health Management Company is dismissed from this case.

DATED THIS 6th Day of August 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE