1  William E. Peterson, Bar No. 1528
   Janine C. Prupas, Bar No. 9156
2  SNELL & WILMER L.L.P.
   50 West Liberty Street, Suite 510
3  Reno, Nevada 89501
   Telephone: (775) 785-5440
4  FAX: (775) 785-5441
   wpeterson@swlaw.com
5  jprupas@swlaw.com

6  Jennifer R. Ecklund *admitted pro hac vice*
   Mackenzie S. Wallace *admitted pro hac vice*
7  John P. Atkins *admitted pro hac vice*
   THOMPSON COBURN LLP
8  2100 Ross Ave., Suite 600
   Dallas, TX 75201
9  Telephone: (972) 629-7100
   FAX: (972) 629-7171
10 jecklund@thompsoncoburn.com
   mwallace@thompsoncoburn.com
11 jatkins@thompsoncoburn.com

12 *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER,<br><br>PLAINTIFF,<br><br>VS.<br><br>HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., HOMETOWN HEALTH PLAN, INC., AND HOMETOWN HEALTH MANAGEMENT COMPANY,<br><br>DEFENDANTS. | Case No. 3:21-cv-00226-MMD-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY** |

Plaintiff Prime Healthcare Services – Reno, LLC d/b/a Saint Mary's Regional Medical Center and Defendants stipulate and agree that Plaintiff has up to and including Monday,

1  November 29, 2021 to submit their Reply to Defendants' Opposition (Doc. #61) to Plaintiff's

2  Motion for Leave to Amend Complaint (Doc. #58). Plaintiff's response is currently due Friday,

3  November 26, 2021. The parties agree that this extension will not prejudice any of the parties to

4  this action.

5        Dated this 22nd day of November, 2021.

MCDONALD CARANO LLP

By: */s/ Adam Hosmer-Henner*
   Adam Hosmer-Henner, Esq., NSBN 12779
   Chelsea Latino, Esq., NBSN 14227
   Jane Susskind, Esq., NSBN 15099
   100 W. Liberty Street, Tenth Floor
   Reno, NV 89501

*Attorneys for Defendants*

SNELL & WILMER L.L.P.

By: */s/ Janine C. Prupas*
   William E. Peterson, Bar No. 1528
   Janine C. Prupas, Bar No. 9156
   50 West Liberty Street, Suite 510
   Reno, Nevada 89501

*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED: November 24, 2021

_____
UNITED STATES MAGISTRATE JUDGE