Adam Hosmer-Henner, Esq., NSBN 12779
Chelsea Latino, Esq., NBSN 14227
Jane Susskind, Esq., NSBN 15099
McDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

*Attorneys for Defendants Hometown Health Providers Insurance Company, Inc. and Hometown Health Plan, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRIME HEALTHCARE SERVICES- RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., and HOMETOWN HEALTH PLAN, INC.<br><br>Defendants. | Case No: 3:21-CV-00226-MMD-CLB<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff Prime Healthcare Services- Reno LLC d/b/a Saint Mary's Regional Medical Center ("Plaintiff") and Defendants Hometown Health Providers Insurance Company, Inc. and Hometown Health Plan, Inc. ("Defendants") (each a "Party" and collectively the "Parties), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Defendants to respond to the First Amended Complaint (ECF No. 69) from January 3, 2022 until January 7, 2022.  This is the first request to extend the deadline for Defendants to respond to the First Amended Complaint and is made to allow the Defendants adequate time to respond given the holidays falling in the interim. There is good cause to grant this request, which is not made for the purposes of delay. Accordingly, the parties request that the Court approve this stipulation and extend the time for Defendants to respond to the First Amended Complaint to **January 7, 2022**.

Dated this 30th day of December, 2021.

| | |
|---|---|
| SNELL & WILMER L.L.P. | McDONALD CARANO LLP |
| /s/ *Janine C. Prupas* | /s/ *Chelsea Latino* |
| William E. Peterson, Bar No. 1528<br>Janine C. Prupas, Bar No. 9156<br>50 W. Liberty Street, Suite 510<br>Reno, NV 89501<br>(775) 785-5440 | Adam Hosmer-Henner, NBSN 12779<br>Chelsea Latino, Esq., NBSN 14227<br>Jane Susskind, Esq., NSBN 15099<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501<br>(775) 788-2000 |
| Jennifer R. Ecklund (*admitted pro hac vice*)<br>Mackenzie S. Wallace (*admitted pro hac vice*)<br>John P. Atkins (*admitted pro hac vice*)<br>THOMPSON COBURN LLP<br>2100 Ross Ave., Suite 600<br>Dallas, TX 75201<br>(972) 629-7100 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 3, 2022

2