William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone:  (775) 785-5440
FAX:  (775) 785-5441
wpeterson@swlaw.com
jprupas@swlaw.com

Jennifer R. Ecklund *admitted pro hac vice*
Mackenzie S. Wallace *admitted pro hac vice*
John P. Atkins *admitted pro hac vice*
THOMPSON COBURN LLP
2100 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (972) 629-7100
FAX: (972) 629-7171
jecklund@thompsoncoburn.com
mwallace@thompsoncoburn.com
jatkins@thompsoncoburn.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., AND HOMETOWN HEALTH PLAN, INC.<br><br>    Defendants. | Case No. 3:21-cv-00226-MMD-CLB<br><br>**JOINT STATUS REPORT AND REQUEST FOR CASE MANAGEMENT CONFERENCE** |

1

4855-0395-8819

Plaintiff Prime Healthcare Services – Reno, LLC d/b/a Saint Mary's Regional Medical Center and Defendants Hometown Health Providers Insurance Company, Inc. and Hometown Health Plan, Inc., by and through their respective undersigned counsel of record, and pursuant to the Court's September 28, 2021 Order (Doc. 55), submit the following Joint Status Report and Request for Case Management Conference.

1. On September 28, 2021, the Court held a hearing to address Defendants' Motion to Stay Discovery Pending Motion to Dismiss, or, in the Alternative, for a More Definite Statement (Doc. 34) and to conduct a Case Management Conference depending on the outcome of Defendants' motion.

2. The Court ordered a limited stay of discovery and ordered Defendants to produce the four benefit plans related to the insureds referenced at paragraphs 26, 27, 38, and 39 of Plaintiff's Original Complaint. Hometown Health produced the plans on October 29, 2021 (Doc. 55).

3. Such limited discovery was valuable to Plaintiff, and Plaintiff sought leave to amend its complaint (Doc. 66). Thereafter, the Court permitted Plaintiff to file its First Amended Complaint (Doc. 69), which Defendants moved to dismiss (Doc. 73).

4. Defendants' Motion was denied by the District Court on May 26, 2022 (Doc. 76).

5. Thus, because Defendants' Motion was denied, and pursuant to this Court's Order of September 28, 2021 that "if defendants' motion to dismiss is denied and amendment is allowed, counsel are directed to file a status conference report ten (10) days following the District Court's ruling and this Court will set a case management conference regarding how best to proceed," the Parties request a case management conference be set to discuss the initiation of discovery and the revision and adoption of the Parties' Joint Case Management Report filed September 2, 2021 (Doc. 51).

4855-0395-8819

1 | Dated: June 1, 2022.

SNELL & WILMER L.L.P.

By:   /s/ Jacey Prupas
     William E. Peterson, Bar No. 1528
     Janine C. Prupas, Bar No. 9156
     50 West Liberty Street, Suite 510
     Reno, Nevada  89501
     *Attorneys for Plaintiff*

Dated: June 1, 2022.

McDONALD CARANO LLP

By:   /s/ Adam Homer-Henner
     Adam Homer-Henner, Bar No. 12779
     100 West Liberty Street, Tenth Floor
     Reno, Nevada  89501
     *Attorneys for Defendants*

IT IS SO ORDERED.

Dated:  June 1, 2022

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the **JOINT STATUS REPORT AND REQUEST FOR CASE MANAGEMENT CONFERENCE** with the Clerk of the Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 1st day of June, 2022.

                                                     /s/ Vicki Quarve
                                                   An employee of Snell & Wilmer L.L.P.

4855-0395-8819