Adam Hosmer-Henner, Esq., NSBN 12779
Chelsea Latino, Esq., NBSN 14227
Jane Susskind, Esq., NSBN 15099
McDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

*Attorneys for Defendants Hometown Health Providers Insurance Company, Inc. and Hometown Health Plan, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRIME HEALTHCARE SERVICES- RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., and HOMETOWN HEALTH PLAN, INC.<br><br>Defendants. | Case No: 3:21-CV-00226-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER ON STATISTICAL SAMPLING**<br><br>**(First Request)** |

Defendants Hometown Health Providers Insurance Company, Inc. and Hometown Health Plan, Inc. ("Defendants") and Plaintiff Prime Healthcare Services - Reno LLC d/b/a Saint Mary's Regional Medical Center ("Plaintiff") (each a "Party" and collectively the "Parties), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Defendants to respond to Plaintiff's Motion for Entry of a Case Management Order on Statistical Sampling (ECF No. 87) from August 19, 2022 until August 26, 2022. This is the first request to extend the deadline for Defendants to respond to the Motion and is made to allow the Defendants adequate time to respond given the scope and content of the Motion. There is good cause to grant this request, which is not made for the purposes of delay. The Court has set a hearing on the Motion for October 17, 2022 at 9:00 a.m. and so there is more than adequate time, even with this extension, for the Motion to be fully briefed in advance of the hearing. Accordingly, the parties

request that the Court approve this stipulation and extend the time for Defendants to respond to Plaintiff's Motion for Entry of a Case Management Order on Statistical Sampling to **August 26, 2022**.

Dated this 19th day of August, 2022.

| SNELL & WILMER L.L.P. | McDONALD CARANO LLP |
|---|---|
| */s/ Jacey Prupas*<br>William E. Peterson, Bar No. 1528<br>Janine C. Prupas, Bar No. 9156<br>50 W. Liberty Street, Suite 510<br>Reno, NV 89501<br>(775) 785-5440<br><br>Jennifer R. Ecklund (*admitted pro hac vice*)<br>Mackenzie S. Wallace (*admitted pro hac vice*)<br>John P. Atkins (*admitted pro hac vice*)<br>THOMPSON COBURN LLP<br>2100 Ross Ave., Suite 600<br>Dallas, TX 75201<br>(972) 629-7100<br><br>*Attorneys for Plaintiff* | */s/ Adam Hosmer-Henner*<br>Adam Hosmer-Henner, NBSN 12779<br>Chelsea Latino, Esq., NBSN 14227<br>Jane Susskind, Esq., NSBN 15099<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501<br>(775) 788-2000<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 19, 2022

4877-1007-5951, v. 1