William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone:  (775) 785-5440
FAX:  (775) 785-5441
wpeterson@swlaw.com
jprupas@swlaw.com

Jennifer R. Ecklund *admitted pro hac vice*
Mackenzie S. Wallace *admitted pro hac vice*
John P. Atkins *admitted pro hac vice*
THOMPSON COBURN LLP
2100 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (972) 629-7100
FAX: (972) 629-7171
jecklund@thompsoncoburn.com
mwallace@thompsoncoburn.com
jatkins@thompsoncoburn.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER,<br><br>PLAINTIFF,<br><br>vs.<br><br>HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., AND HOMETOWN HEALTH PLAN, INC.<br><br>DEFENDANTS. | Case No. 3:21-cv-00226-MMD-CLB<br><br>**JOINT CASE MANAGEMENT REPORT** |

1

A Case Management Conference is scheduled at 9:00 AM PST on May 22, 2023. Consistent with the Court's June 15, 2022 Order (ECF No. 82), Plaintiff Prime Healthcare Services – Reno, LLC d/b/a Saint Mary's Regional Medical Center and Defendants Hometown Health Providers Insurance Company, Inc. and Hometown Health Plan, Inc. jointly file this Case Management Report. The Parties have responded to and supplemented their responses to each Parties' discovery requests, adhering to the adjusted schedule set forth in the Joint Proposed Phase Discovery Plan (ECF No. 103).

**Completed Discovery**

1. On October 17, 2022, the Court granted in part and denied in part Saint Mary's Motion for Case Management Order on Statistical Sampling and ordered discovery to proceed in phases. (ECF No. 101). The Court's October 17, 2022 Order required that the first phase of discovery include at least 250 claim files and that Hometown Health be provided assignment of benefits documents for all 690 claims. (ECF No. 101).

2. On November 7, 2022 and November 10, 2022, in accordance with the Order, Saint Mary's produced a set of assignment of benefits documents.

3. On November 17, 2022, the Parties submitted a Joint Proposed Phase Discovery Plan and Scheduling Order proposing that Phase One discovery consist of a random sample of 250 claims designed to reflect a proportional number of Inpatient and Outpatient claim files. (ECF No. 102). The Parties agreed to select and confirm the 250-claim sample by November 25, 2022. Phase One discovery will conclude after mediation, which shall occur by July 17, 2023, with Phase Two discovery to include all aspects of discovery under the Federal Rules that were not specifically provided for in Phase One.

4. On November 17, 2022, the Court adopted the Parties' Joint Proposed Phase Discovery Plan and Scheduling Order. (ECF No. 103).

5. On November 23, 2022, in accordance with the Phase One Discovery Plan, the Parties agreed to a protocol for selecting and confirming the Phase One Claims and exchanged the list of claims thereafter. The 250 agreed-upon Phase One Claims are indicated in the document titled "Prime – Saint Mary's v. Hometown Health – Phase One Claims List (Served on

11.29.2022).xlsx". The Parties were able to efficiently and amicably select these 250 claims without the need for Court or other external intervention.

6. On February 23, 2023, Hometown Health responded to Saint Mary's First and Second Sets of Requests for Production of Documents and Saint Mary's First and Second Sets of Interrogatories, and included verifications in support of the discovery responses.

7. On February 23, 2023, Hometown Health served a First Supplement to its Rule 26(a)(1) Initial Disclosures.

8. On February 23, 2023, Hometown Health produced additional plan documents that include the standard of benefits and explanations of coverage for the Sample Claims at HTH051346-065880; letters of agreement between Hometown Health and Saint Mary's at HTH067647-067657; appeals and grievance documents that include appeal requests, letters of appeal, and determination letters at HTH051042-051282; explanations of payment for the Claims at HTH065881-067646; and insurance documents pursuant to FRCP 26(a)(1)(A)(iv) at HTH051283-051345.

9. On February 23, 2023, Saint Mary's supplemented its responses to Hometown Health's First Set of Interrogatories and Hometown Health's First Set of Requests for Production, and included verifications in support of the discovery responses.

10. On February 23, 2023, Saint Mary's served a Second Supplement to its Rule 26(a)(1) Initial Disclosures.

11. On February 23, 2023, Saint Mary's produced the Phase One Claims at SMRMC_0028716-0069166 that were served concurrently with the discovery responses. Saint Mary's also produced Exhibits A and B to supplement the analysis and organization of the Claims. Exhibit A identifies, by Bates ranges, the assignment of Benefits produced for each of the 690 Claims at SMRMC_0025722-0028715. Exhibit B identifies by Bates ranges any internal processing notes for appeals, the relevant explanation of benefits, correspondence and/or documents and notes that reflect the authorization or approval of services for each of the Phase One Claims. Saint Mary's also produced a document containing the historical payment data of Saint Mary's claims at SMRMC_0069167.

**Outstanding Discovery**

12. There are currently no outstanding discovery deadlines before the mediation date set for July 17, 2023. The Parties are in the process of selecting a mediator and mediation date and in order to accommodate all schedules it may be necessary to extend this deadline slightly to the end of July or beginning of August. The Parties anticipate submitting a stipulation to approve this limited extension.

13. The Parties anticipate serving Notices of Corporate Representative Depositions with such depositions to take place prior to the July 17, 2023 mediation deadline.

**Discovery Issues for the Court's Consideration**

14. There are no immediate discovery issues for the Court's consideration at this time. Hometown Health has identified no discovery deficiencies from Saint Mary's.

15. The Parties have been amicably conferring. Saint Mary's has requested but has not yet received additional information from Hometown Health related to the following categories:

| Category | Description | Saint Mary's Relevant Discovery Requests |
|---|---|---|
| 1 | Rate information and/or paid claims data showing amounts paid by Hometown Health for emergency and non-emergency services provided by Participating and Non-Participating Providers to Hometown Health's members between 2014 and 2019. | Interrogatory Nos. 1, 4, and 5<br><br>Requests for Production Nos. 2, 3, 4, 7, 8, and 9 |
| 2 | Hometown Health's methodology for determining allowable amounts and amounts paid for emergency services and non-emergency services provided by Non-Participating Providers in Nevada between 2014 and 2019. | Interrogatory Nos. 2 and 3<br><br>Request for Production No. 6 |
| 3 | A breakdown of which of the 250 Phase One Claims fall under (a) ERISA versus non-ERISA plans and (b) self-funded versus fully-funded plans | Interrogatory No. 5<br><br>Request for Production Nos. 7 and 9 |
| 4 | Hometown Health's policies and practices for processing claims and analyzing appeals for the 250 Phase One Claims. | Request for Production No. 19 |

16. Hometown Health, while reserving all appropriate objections, has been working diligently to provide Saint Mary's with the requested supplemental information, or appropriate

alternatives, in addition to what has already been produced, and at this time, judicial intervention is not necessary.

Dated: May 15, 2023.

| SNELL & WILMER L.L.P. | McDONALD CARANO LLP |
|---|---|
| By: */s/ Janine C. Prupas*<br>William E. Peterson, Bar No. 1528<br>Janine C. Prupas, Bar No. 9156<br>50 West Liberty Street, Suite 510<br>Reno, Nevada  89501<br><br>*Attorneys for Plaintiff* | By: */s/ Adam Hosmer-Henner*<br>Adam Hosmer-Henner, Bar No. 1227<br>100 West Liberty Street, Tenth Floor<br>Reno, Nevada 89501<br><br>*Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed this Joint Case Management Report with the Clerk of the Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 15th day of May, 2023.

                                          */s/ Janine C. Prupas*
                                          An employee of SNELL & WILMER L.L.P.