William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone:  (775) 785-5440
FAX:  (775) 785-5441
wpeterson@swlaw.com
jprupas@swlaw.com

Jennifer R. Ecklund *admitted pro hac vice*
Mackenzie S. Wallace *admitted pro hac vice*
John P. Atkins *admitted pro hac vice*
THOMPSON COBURN LLP
2100 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (972) 629-7100
FAX: (972) 629-7171
jecklund@thompsoncoburn.com
mwallace@thompsoncoburn.com
jatkins@thompsoncoburn.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., AND HOMETOWN HEALTH PLAN, INC.<br><br>    Defendants. | Case No. 3:21-cv-00226-MMD-CLB<br><br>**ORDER GRANTING**<br>**JOINT STIPULATION**<br>**FOR EXTENTION OF PHASE**<br>**ONE DISCOVERY** |

    The Parties, by and through their counsel of record, hereby submit the following Joint Stipulation for Extension of Phase One Discovery.

    Pursuant to the Joint Proposed Phase Discovery Plan as subsequently modified, Phase One Discovery was set to conclude following the August 31, 2023 mediation.  The Parties wish to extend Phase One Discovery for a period of 45 days, or until October 23, to allow additional time

1

for the Parties to continue settlement discussions and provide documents as part of the settlement discussions to analyze the Parties' respective positions.  The Parties may seek to schedule another settlement conference with Judge Baldwin if they mutually believe that this step will facilitate settlement.  If (a) settlement is not reached by October 23, 2023, then, the parties will meet and confer to propose a revised discovery plan and deadlines for Phase Two, or (b) the discovery stay should cease being productive to settlement, at any time, either party may seek to propose a revised discovery plan and deadlines for Phase Two, which will then be submitted to the Court for approval.

Dated: September 7, 2023

| **SNELL & WILMER L.L.P.** | **McDONALD CARANO LLP** |
|---|---|
| By: /s/ *Janine C. Prupas*<br>William E. Peterson, Bar No. 1528<br>Janine C. Prupas, Bar No. 9156<br>50 West Liberty Street, Suite 510<br>Reno, Nevada  89501<br>*Attorneys for Plaintiff* | By: /s/ *Adam Hosmer-Henner*<br>Adam Hosmer-Henner, NBSN 12779<br>Chelsea Latino, Esq., NBSN 14227<br>Jane Susskind, Esq., NSBN 15099<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501<br>*Attorneys for Defendants* |

### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 8, 2023