William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone:  (775) 785-5440
FAX:  (775) 785-5441
wpeterson@swlaw.com
jprupas@swlaw.com

Jennifer R. Ecklund *admitted pro hac vice*
Mackenzie S. Wallace *admitted pro hac vice*
John P. Atkins *admitted pro hac vice*
THOMPSON COBURN LLP
2100 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (972) 629-7100
FAX: (972) 629-7171
jecklund@thompsoncoburn.com
mwallace@thompsoncoburn.com
jatkins@thompsoncoburn.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., AND HOMETOWN HEALTH PLAN, INC.<br><br>Defendants. | Case No. 3:21-cv-00226-MMD-CLB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY OF DISCOVERY**<br><br>**(SECOND REQUEST)** |

The Parties, by and through their counsel of record, hereby submit the following Joint Motion to Extend Stay of Discovery.

Pursuant to the Joint Stipulated Stay of Discovery, discovery is stayed until October 23, 2023.  To allow additional time for the parties to exchange discovery and proceed with settlement discussions, the parties propose an extension of time until **December 15, 2023** to submit a

1

Scheduling Order outlining additional discovery needed to facilitate settlement fully and adjudicate this case. There is good cause for this unopposed extension as the parties' ability to reach an amicable resolution in this lawsuit requires the evaluation of the 690 separate claims at issue.

Dated: October 23, 2023

| SNELL & WILMER L.L.P. | McDONALD CARANO LLP |
|---|---|
| By: *Janine C. Prupas* <br> William E. Peterson, Bar No. 1528 <br> Janine C. Prupas, Bar No. 9156 <br> 50 West Liberty Street, Suite 510 <br> Reno, Nevada 89501 <br> *Attorneys for Plaintiff* | /s/ *Adam Hosmer-Henner* <br> Adam Hosmer-Henner, NBSN 12779 <br> Chelsea Latino, Esq., NBSN 14227 <br> Jane Susskind, Esq., NSBN 15099 <br> 100 W. Liberty Street, Tenth Floor <br> Reno, NV 89501 <br> *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 23, 2023

2