Adam Hosmer-Henner, Esq., NSBN 12779
Chelsea Latino, Esq., NSBN 14227
Jane Susskind, Esq., NSBN 15099
McDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

*Attorneys for Defendants Hometown Health Providers Insurance Company, Inc. and Hometown Health Plan, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRIME HEALTHCARE SERVICES- RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., and HOMETOWN HEALTH PLAN, INC.<br><br>Defendants. | Case No: 3:21-CV-00226-ART-CLB<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF PHASE TWO DISCOVERY**<br><br>**(First Request)** |

Defendants Hometown Health Providers Insurance Company, Inc. and Hometown Health Plan, Inc. ("Defendants") and Plaintiff Prime Healthcare Services - Reno LLC d/b/a Saint Mary's Regional Medical Center ("Plaintiff") (each a "Party" and collectively the "Parties), by and through their undersigned counsel, hereby submit the following Joint Stipulation for Extension of Phase Two Discovery pursuant to LR 26-3.

Pursuant to the Order Adopting Stipulated Discovery Plan and Scheduling Order (ECF No. 126), Phase Two Discovery is scheduled to conclude by March 14, 2025. To date, the Parties have completed the following discovery:

- Phase 1 Discovery (see ECF No. 85; ECF No. 115)
- Phase 2 Discovery (*see* ECF No. 126)

- On September 4, 2024, Plaintiff served Defendants with Plaintiff's First Set of Phase Two Requests for Production of Documents and First Set of Phase Two Interrogatories.
- Defendants responded to this written discovery on November 5, 2024. Not only have Defendants and Defendants' counsel collectively spent hundreds of hours compiling responsive information and documents to date, but Defendants continue to do so for purposes of anticipated future supplements, one of which Defendants have agreed to make by February 7, 2025.
- Plaintiff has served a deposition notice on Defendants under Rule 30(b)(6) of the Federal Rules of Civil Procedure. The Parties are conferring on the topics and dates, subject to availability of witnesses and counsel.

The following discovery remains to be completed:

- Defendants expect to serve Phase Two written discovery on Plaintiff in the near future, including requests for production and interrogatories. Sufficient time remains for Defendants to serve such written discovery within the existing discovery deadlines; however, Defendants are prioritizing the collection and compilation of information requested by Plaintiffs for each of 690 claims at issue, as well as historical data for other claims submitted between 2014 and 2019.
- The parties anticipate taking depositions of witnesses included in the parties' disclosures and any others whose testimony may be deemed necessary based on the facts learned in discovery.
- The parties anticipate deposing any disclosed experts following the conclusion of discovery as contemplated by the current scheduling order and deadlines (ECF No. 126).

Pursuant to LR 26-3, a "stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject

deadline," otherwise, "[a] request made within 21 days of the subject deadline must be supported by a showing of good cause." The parties recognize that they are requesting an extension of one of the deadlines – the expert disclosure deadline - within twenty-one (21) days of the expiration of the February 7, 2025 deadline; however, all other deadlines in the schedule are more than twenty-one (21) days from the filing of this stipulation. The parties have worked diligently on this case and continue working together to complete fact discovery by completing written discovery and identifying and compiling data surrounding the 690 claims at issue, including details unique to each claim and plan, which extensive process has required a significant amount of time due to the number and age of the claims, among other factors unique to any single or number of claims.  Indeed, the parties have exchanged thousands of documents to date (including 2,118 documents produced by Defendants, labeled HTH000001-71900, and 5,278 documents produced by Plaintiff, labeled SMRMC_0000001-115062).

This extension request is made in good faith, jointly by the parties, and not for the purposes of delay. A trial date in this matter has not yet been set. Moreover, since this is a joint request, neither party will be prejudiced. This request is not sought to any improper purpose or other purpose of delay. Rather, the parties seek it solely for the purpose of allowing sufficient time to fully and fairly conduct discovery, have the ability to disclose expert witnesses, and adequately prepare their respective cases for trial. As such, the parties submit that good cause exists to permit granting the requested extension of the following deadlines:

|  | Existing Deadline | New Deadline |
| --- | --- | --- |
| Fact Deposition Deadline/Completion of Discovery | March 14, 2025 | April 14, 2025 |
| Initial Expert Disclosures and Reports | February 7, 2025 | March 10, 2025 |
| Rebuttal Expert Disclosures and Reports | March 7, 2025 | April 9, 2025 |
| Expert Depositions | March 28, 2025 | April 30, 2025 |
| Dispositive Motion Deadline | April 12, 2025 | May 14, 2025 |

This is the Parties' first request to extend the Phase Two discovery deadlines, and second request overall. *See* ECF No. 115 (granting the Parties' first request to extend Phase One discovery). Accordingly, the parties request that the Court approve this stipulation and extend the time deadlines as requested above.

Dated: February 7, 2025.

| | |
|---|---|
| THOMPSON COBURN LLP | McDONALD CARANO LLP |
| /s/ *Jennifer R. Ecklund* | /s/ *Adam Hosmer-Henner* |
| Jennifer R. Ecklund (*admitted pro hac vice*) | Adam Hosmer-Henner, NSBN 12779 |
| Mackenzie S. Wallace (*admitted pro hac vice*) | Chelsea Latino, Esq., NSBN 14227 |
| John P. Atkins (*admitted pro hac vice*) | Jane Susskind, Esq., NSBN 15099 |
| 2100 Ross Ave., Suite 600 | 100 W. Liberty Street, Tenth Floor |
| Dallas, TX 75201 | Reno, NV 89501 |
| (972) 629-7100 | (775) 788-2000 |
| | *Attorneys for Defendants* |
| SNELL & WILMER L.L.P. | |
| William E. Peterson, Bar No. 1528 | |
| Janine C. Prupas, Bar No. 9156 | |
| 50 W. Liberty Street, Suite 510 | |
| Reno, NV 89501 | |
| (775) 785-5440 | |
| *Attorneys for Plaintiff* | |

**ORDER**

**IT IS SO ORDERED:**

DATED: February 7, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**