# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES-RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., and HOMETOWN HEALTH PLAN, INC.,<br><br>Defendants. | Case No. 3:21-CV-00226-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Under Local Rules IA 6-1 and 7-1, Defendants Hometown Health Providers Insurance Company, Inc. and Hometown Health Plan, Inc. ("Defendants") and Plaintiff Prime Healthcare Services - Reno LLC d/b/a Saint Mary's Regional Medical Center ("Plaintiff") (each a "Party" and collectively the "Parties), by and through their undersigned counsel, stipulate and respectfully request that the Court extend the deadline for Defendants to file a reply in support of Defendants' Motion for Summary Judgment (ECF No. 137) from September 12, 2025 to September 24, 2025. Defendants require this additional time to account for multiple pretrial obligations of counsel in a separate matter currently set for a jury trial commencing on October 15, 2025. Though the parties previously requested extensions of the deadline to file and oppose motions for summary judgment,

this is the parties' first request to extend Defendants' deadline to file a reply in support of the Motion for Summary Judgment (ECF No. 137). *See* ECF No. 115 (granting the Parties' first request to extend Phase One discovery); ECF No. 130 (granting the Parties' first request to extend Phase Two discovery); ECF No. 132 (granting the Parties' second request to extend Phase Two discovery); ECF No. 134 (granting the Parties' third request to extend Phase Two discovery); and ECF No. 136 (granting the Parties' fourth request to extend Scheduling Order deadlines).

This extension request is made in good faith, jointly by the parties, and not for the purposes of delay. A trial date in this matter has not yet been set. Moreover, since this is a joint request, neither party will be prejudiced. This request is not sought to any improper purpose or other purpose of delay.

Dated: September 12, 2025.

| THOMPSON COBURN LLP | McDONALD CARANO LLP |
|---|---|
| /s/ *Mackenzie S. Wallace* | /s/ *Chelsea Latino* |
| Jennifer R. Ecklund (*admitted pro hac vice*) | Adam Hosmer-Henner, NSBN 12779 |
| Mackenzie S. Wallace (*admitted pro hac vice*) | Chelsea Latino, Esq., NSBN 14227 |
| John P. Atkins (*admitted pro hac vice*) | Jane Susskind, Esq., NSBN 15099 |
| 2100 Ross Ave., Suite 600 | 100 W. Liberty Street, Tenth Floor |
| Dallas, TX 75201 | Reno, NV 89501 |
| (972) 629-7100 | (775) 788-2000 |
| | *Attorneys for Defendants* |
| SNELL & WILMER L.L.P. | |
| William E. Peterson, Bar No. 1528 | |
| Janine C. Prupas, Bar No. 9156 | |
| 50 W. Liberty Street, Suite 510 | |
| Reno, NV 89501 | |
| (775) 785-5440 | |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: September 15, 2025