IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

PRIME HEALTHCARE SERVICES – RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER,

PLAINTIFF,

v.

HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., AND HOMETOWN HEALTH PLAN, INC.,

DEFENDANTS.

Case No. 3:21-cv-00226-ART-CSD

**ORDER GRANTING**

**STIPULATION FOR CONTINUANCE OF HEARING**

The Parties, by and through their counsel of record, hereby submit the following Stipulation for Continuance of Hearing.  For good cause, the Parties agree and respectfully request that the in-person hearing on Hometown Health's Motion for Summary Judgment, currently scheduled for **Tuesday, January 27, 2026 at 1:00 p.m.**, be continued to a later date convenient to the Court, as follows:

1. The National Weather Service and local authorities have issued forecasts predicting significant inclement weather in Texas and the surrounding region during the period surrounding the scheduled hearing. The anticipated conditions include freezing rain, snow, hazardous road conditions, and extreme cold, which may impede safe travel for Plaintiff's counsel who is located in Dallas, Texas. Airlines have already notified Plaintiff's counsel that their scheduled flight to Reno, Nevada may be impacted by weather conditions in Dallas.

2. These conditions pose substantial safety concerns and may prevent timely arrival to the Court. A continuance would allow the in-person hearing to occur under safer conditions and ensure full participation by all parties.

3. Accordingly, good cause exists for a continuance.

4. This is the parties' first request to continue the January 27, 2026 hearing. The request is made in good faith, jointly by the parties, and not for the purposes of delay.

Therefore, the Parties respectfully request that the Court grant the Stipulation for Continuance of Hearing and continue the January 27, 2026 hearing to a later date when all parties can appear in-person.

Dated: January 23, 2026.

| **SNELL & WILMER L.L.P.** | **McDONALD CARANO LLP** |
|---|---|
| By: *Janine C. Prupas* | /**s**/  *Chelsea Latino* |
| William E. Peterson, Bar No. 1528 | Adam Hosmer-Henner, NBSN 12779 |
| Janine C. Prupas, Bar No. 9156 | Chelsea Latino, Esq., NBSN 14227 |
| 5520 Kietzke Lane, Suite 200 | Jane Susskind, Esq., NSBN 15099 |
| Reno, NV 89511-3041 | 100 W. Liberty Street, Tenth Floor |
| *Attorneys for Plaintiff* | Reno, NV 89501 |
| | *Attorneys for Defendants* |

## ORDER

Based on the stipulation of the parties, and good cause appearing, the hearing scheduled for Tuesday, January 27, 2026, at 1:00 p.m. before U.S. District Judge Anne R. Traum is vacated. The deputy clerk is directed to coordinate with counsel to secure a new date for oral argument on Defendants' Motion for Summary Judgment.

Dated: January 23, 2026

_____
Anne R. Traum, U.S. District Judge