# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES-RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., and HOMETOWN HEALTH PLAN, INC.,<br><br>Defendants. | Case No.  3:21-cv-00226-ART-CLB<br><br>**ORDER GRANTING**<br><br>**JOINT STATUS REPORT AND STIPULATION REGARDING DISMISSAL** |

Defendants Hometown Health Providers Insurance Company, Inc. and Hometown Health Plan, Inc. ("Defendants") and Plaintiff Prime Healthcare Services - Reno LLC d/b/a Saint Mary's Regional Medical Center ("Plaintiff") (each a "Party" and collectively the "Parties), by and through their undersigned counsel, stipulate and agree as follows:

1.      Pursuant to ECF Nos. 153 and 154, the Parties have reached an agreement on all material terms to the settlement of the above-captioned action, subject to the preparation and execution of settlement documentation.

2.      The Parties are diligently working on documenting the settlement, but require additional time to finalize and execute the same.

3.      Accordingly, the Parties respectfully request an additional 45 days, until May 29, 2026, within which to file a stipulation for dismissal or otherwise provide the Court with a joint status report regarding their progress of documenting the settlement.

It is so stipulated.

Dated: April 14, 2026.

| THOMPSON COBURN LLP | McDONALD CARANO LLP |
|---|---|
| /s/ *Mackenzie S. Wallace* | /s/ *Chelsea Latino* |
| Jennifer R. Ecklund (*admitted pro hac vice*) | Adam Hosmer-Henner, NSBN 12779 |
| Mackenzie S. Wallace (*admitted pro hac vice*) | Chelsea Latino, Esq., NSBN 14227 |
| John P. Atkins (*admitted pro hac vice*) | Jane Susskind, Esq., NSBN 15099 |
| 2100 Ross Ave., Suite 600 | 100 W. Liberty Street, Tenth Floor |
| Dallas, TX 75201 | Reno, NV 89501 |
| (972) 629-7100 | (775) 788-2000 |

*Attorneys for Defendants*

SNELL & WILMER L.L.P.
William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
50 W. Liberty Street, Suite 510
Reno, NV 89501
(775) 785-5440

*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation, and good cause appearing, the parties have an additional 45 days, until May 29,2026, within which to file a stipulation for dismissal or otherwise provide the Court with a joint status report regarding their progress of documenting the settlement.

_____
Anne R. Traum
United States District Judge

Dated: <u>April 15, 2026</u>