Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

*Attorneys for Defendants Hometown Health
Providers Insurance Company, Inc. and
Hometown Health Plan, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES-RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER, <br><br> Plaintiff, <br><br> v. <br><br> HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., and HOMETOWN HEALTH PLAN, INC., <br><br> Defendants. | Case No.  3:21-cv-00226-ART-CLB <br><br> **ORDER APPROVING JOINT STATUS REPORT AND STIPULATION REGARDING DISMISSAL** |

Defendants Hometown Health Providers Insurance Company, Inc. and Hometown Health Plan, Inc. ("Defendants") and Plaintiff Prime Healthcare Services - Reno LLC d/b/a Saint Mary's Regional Medical Center ("Plaintiff") (each a "Party" and collectively the "Parties), by and through their undersigned counsel, stipulate and agree as follows:

1.      Pursuant to ECF Nos. 153, 154, 158, and 159, the Parties have reached an agreement on all material terms to the settlement of the above-captioned action, subject to the preparation and execution of settlement documentation.

2.      The Parties are diligently working on documenting the settlement, including negotiating mutually agreeable language, but require additional time to finalize and execute the same.

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

3. Accordingly, the Parties respectfully request an additional 45 days, until August 27, 2026, within which to file a stipulation for dismissal or otherwise provide the Court with a joint status report regarding their progress of documenting the settlement.

It is so stipulated.

Dated: July 13, 2026.

| THOMPSON COBURN LLP | McDONALD CARANO LLP |
|---|---|
| /s/ *Mackenzie S. Wallace* | /s/ *Chelsea Latino* |
| Jennifer R. Ecklund (*admitted pro hac vice*) | Adam Hosmer-Henner, NSBN 12779 |
| Mackenzie S. Wallace (*admitted pro hac vice*) | Chelsea Latino, Esq., NSBN 14227 |
| John P. Atkins (*admitted pro hac vice*) | Jane Susskind, Esq., NSBN 15099 |
| 2100 Ross Ave., Suite 600 | 100 W. Liberty Street, Tenth Floor |
| Dallas, TX 75201 | Reno, NV 89501 |
| (972) 629-7100 | (775) 788-2000 |
| | |
| SNELL & WILMER L.L.P. | *Attorneys for Defendants* |
| William E. Peterson, Bar No. 1528 | |
| Janine C. Prupas, Bar No. 9156 | |
| 50 W. Liberty Street, Suite 510 | |
| Reno, NV 89501 | |
| (775) 785-5440 | |

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
Anne R. Traum
United States District Judge

DATED this 14th day of July, 2026.

McDONALD CARANO

100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020