McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PRIME HEALTHCARE SERVICES-RENO, LLC D/B/A SAINT MARY'S REGIONAL MEDICAL CENTER,

Plaintiff,

v.

HOMETOWN HEALTH PROVIDERS INSURANCE COMPANY, INC., and HOMETOWN HEALTH PLAN, INC.,

Defendants.

Case No. 3:21-cv-00226-ART-CLB

**ORDER GRANTING**

**STIPULATION REGARDING DISMISSAL**

Defendants Hometown Health Providers Insurance Company, Inc. and Hometown Health Plan, Inc. ("Defendants") and Plaintiff Prime Healthcare Services - Reno LLC d/b/a Saint Mary's Regional Medical Center ("Plaintiff") (each a "Party" and collectively the "Parties), by and through their undersigned counsel, stipulate and agree as follows:

1. Pursuant to ECF Nos. 153, 154, 157, 159, 161, and 163, the Parties have reached an agreement on all material terms to the settlement of the above-captioned action, subject to the preparation and execution of settlement documentation.

2. The Parties are diligently working on documenting the settlement, including negotiating mutually agreeable language, but require additional time to finalize and execute the same.

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

3. Accordingly, the Parties respectfully request an additional 45 days, until November 26, 2026, within which to file a stipulation for dismissal or otherwise provide the Court with a joint status report regarding their progress of documenting the settlement.

It is so stipulated.

Dated: October 12, 2026.

THOMPSON COBURN LLP

/s/ *Mackenzie S. Wallace*
Mackenzie S. Wallace (*admitted pro hac vice*)
John P. Atkins (*admitted pro hac vice*)
2100 Ross Ave., Suite 600
Dallas, TX 75201
(972) 629-7100

SNELL & WILMER L.L.P.
William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
50 W. Liberty Street, Suite 510
Reno, NV 89501
(775) 785-5440

*Attorneys for Plaintiff*

McDONALD CARANO LLP

/s/ *Chelsea Latino*
Adam Hosmer-Henner, NSBN 12779
Chelsea Latino, Esq., NSBN 14227
Jane Susskind, Esq., NSBN 15099
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
(775) 788-2000

*Attorneys for Defendants*

**IT IS SO ORDERED:**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED on this 13th day of October, 2026.